FRED THOENE, APPELLANT, *v.* WARDEN,
NEVADA STATE PRISON, RESPONDENT.

No. 7046

January 17, 1974                    517 P.2d 794

*Rodlin Goff,* State Public Defender, and *Gary A. Sheerin,* Deputy State Public Defender, Carson City, for Appellant.

*Robert List,* Attorney General, and *Robert A. Groves,* Deputy Attorney General, Carson City, for Respondent.

## OPINION

*Per Curiam:*

This appeal is without merit.

The orders of the lower court are affirmed.